**FILED**
Sep 10, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br>     v.<br><br>CHHOUN DOURING,<br>                Defendant. | CASE NO. 1:21-CR-00203-NONE-SKO<br><br>**UNSEALING ORDER** |

    Good cause appearing due to the defendant's pending arraignment in the Eastern District of California, it is hereby ordered that the Indictment, arrest warrant, and related court filings in the above matter, be UNSEALED.

IT IS SO ORDERED.

Dated: **September 10, 2021**     /s/ Erica P. Grosjean
                                               UNITED STATES MAGISTRATE JUDGE