1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Counsel for Defendant
6  Chhoun Douring

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | No. 1:21-cr-00203 JLT
12 |         *Plaintiff,*           | STIPULATION TO CONTINUE
   |                                | SENTENCING, ORDER THEREON
13 |     vs.                        |
   |                                | Date:  March 18, 2022
14 | CHHOUN DOURING,                | Time:  9:00 a.m.
   |                                | Judge: Hon. Jennifer L. Thurston
15 |         *Defendant.*           |

16

17

18        IT IS HEREBY STIPULATED by and between the parties hereto through their respective

19 counsel, LAURA JEAN BERGER, Assistant United States Attorney, counsel for plaintiff, and

20 ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Chhoun Douring, that

21 sentencing may be continued to March 18, 2022, or the soonest date thereafter convenient to the

22 court. Sentencing is currently scheduled for March 11, 2022.

23        Defense counsel is unavailable for the current sentencing date due to a scheduling conflict

24 with Ninth Circuit oral argument in *United States v. Jeffrey John Hansen*, U.S.C.A. No. 20-

25 10408, EDCA Case No. 1:18-cr-00112 DAD-BAM.

26        The parties agree that any delay resulting from the continuance shall be excluded as

27 necessary for effective defense preparation and continuity of counsel pursuant to 18 U.S.C. §§

28 3161(h)(7)(A) and 3161(B)(iv). For this reason, the ends of justice served by the granting of the

requested continuance outweigh the interests of the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | PHILLIP A .TALBERT<br>United States Attorney |
| DATED: March 7, 2022    By: | /s/ *Laura Jean Berger*<br>LAURA JEAN BERGER<br>Assistant U. S. Attorney<br>Attorney for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: March 7, 2022    By: | /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Chhoun Douring |

**O R D E R**

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

   Dated:   **March 7, 2022**

UNITED STATES DISTRICT JUDGE